| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO. 1:23-CR-125 |
| | § | |
| JAMES RICHARD ROLLINS | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that the Defendant, James Richard Rollins, is competent. The speedy trial time shall be excluded from February 1, 2024 until the date of this order.

SIGNED at Beaumont, Texas, this 21st day of August, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE